**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE:<br><br>ROBERT L JUMPER JR.<br><br>Debtor(s) | Chapter 13.<br>Case No.<br>08-11935-JNF |

**TRUSTEE'S REPORT AND ACCOUNT AND**
**NOTICE OF DEADLINE FOR OBJECTIONS**

**PLEASE TAKE NOTICE** that the Chapter 13 Trustee has filed the attached Report and Account with the Court. Any objection to the Report and Account must be filed with the United States Bankruptcy Court and a copy served upon the Chapter 13 Trustee within 30 days of the date of service. In the absence of a timely objection, the Court may approve the Report and Account without a hearing.

**Carolyn A. Bankowski**
**Chapter 13 Trustee**

By: /s/ Carolyn A. Bankowski

**Office of the Chapter 13 Trustee**
**P.O. Box 8250**
**Boston, MA 02114-0033**
**(617) 723-1313**

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the within Trustee's Report and Account and Notice of Deadline for Objections was served upon the Debtor, Debtor's counsel of record and those parties listed on the attached mailing matrix by first-class mail, postage prepaid.

/s/ Carolyn A. Bankowski
Carolyn A. Bankowski, Esq

# United States Bankruptcy Court
For The
Dist of Massachusetts, Boston Div

ROBERT L JUMPER JR.  
P.O. BOX 56746  
ALBUQUERQUE, NM 87187-6746

Case No.: 08-11935-JNF  
SS #1: XXX-XX-1483

## TRUSTEE REPORT AND ACCOUNT

| This case was commenced on | MO. | DAY | YR. |
|---|---|---|---|
| | 03 | 19 | 08 |

| The Plan was confirmed on | MO. | DAY | YR. |
|---|---|---|---|
| | 05 | 01 | 08 |

| The Case was concluded on | MO. | DAY | YR. |
|---|---|---|---|
| | 05 | 31 | 13 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors. $ 6,835.20

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE OR DISCHARGE AMOUNT |
|---|---|---|---|---|---|---|
| BRIGHAM AND WOMEN'S HOSPI | 002 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |
| DISCOVER BANK | 004 | Unsecured | 7,512.36 | 767.10 | 0.00 | 6,745.26 |
| ECAST SETTLEMENT CORP. | 005 | Unsecured | 4,696.50 | 479.56 | 0.00 | 4,216.94 |
| JEANNE E. CONDURELLI | 006 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |
| LIBERTY MUTUAL INSURANCE | 007 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |
| MASS STATE EMPLOYEES CRED | 008 | Ignore | 0.00 | 0.00 | 0.00 | 0.00 |
| NETZERO | 009 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |
| PORTFOLIO RECOVERY ASSOCI | 010 | Unsecured | 1,367.25 | 139.62 | 0.00 | 1,227.63 |
| PORTFOLIO RECOVERY ASSOCI | 011 | Unsecured | 8,268.07 | 844.26 | 0.00 | 7,423.81 |
| RESURGENT CAPITAL SERVICE | 012 | Unsecured | 11,101.36 | 1,133.57 | 0.00 | 9,967.79 |
| ECAST SETTLEMENT CORP. | 013 | Unsecured | 15,987.32 | 1,632.48 | 0.00 | 14,354.84 |
| ROBERT L JUMPER JR. | 999 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 0.00 | 0.00 | 48,932.86 | 0.00 | 0.00 | 48,932.86 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 0.00 | 0.00 | 4,996.59 | 0.00 | 0.00 | 4,996.59 | |
| INTEREST PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,996.59 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| TERRENCE L. PARKER, ESQ. | 1,325.00 | 1,325.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES CLERK'S CHARGES | ADDITIONAL CHARGES .25 EACH CLAIM OVER 10 | TRUSTEE ADMINISTRATIVE CHARGES | OTHER COSTS | |
|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | 513.61 | 0.00 | 0.00 | 513.61 |

The above captioned debtors(s) have fully complied with the payment obligations pursuant to the Order confirming the Plan. **For cases filed on or after October 17, 2005, the debtor(s) must file a Motion for Entry of Discharge in compliance with MLBR, Appendix 1, Section13-22 in order to be eligible for a Discharge pursuant to 11 U.S.C. Section 1328.** The Trustee will submit a statement to the Court at the time all checks have cleared at which time the Trustee will request a discharge of duties and that a Final Decree be entered at that time.

/s/Carolyn A. Bankowski

Carolyn A. Bankowski, Chapter 13 Trustee

0811935
ROBERT L JUMPER JR.
P.O. BOX 56746 ALBUQUERQUE, NM 87187-6746

0811935 9 799
TERRENCE L. PARKER, ESQ.
185 ALEWIFE BROOK PKWY CAMBRIDGE, MA 02138

0811935 3 004
DISCOVER BANK
DB SERVICING CORPORATION P.O. BOX 3025 NEW ALBANY, OH 43054

0811935 3 005
ECAST SETTLEMENT CORP.
P.O. BOX 35480 NEWARK, NJ 07193-5480

0811935 3 008
MASS STATE EMPLOYEES CREDIT UN
ONE CENTER PLAZA SUITE 250 BOSTON, MA 02108

0811935 3 010
PORTFOLIO RECOVERY ASSOCIATES
P.O. BOX 12914 NORFOLK, VA 23541

0811935 3 011
PORTFOLIO RECOVERY ASSOCIATES
P.O. BOX 12914 NORFOLK, VA 23541

0811935 3 012
RESURGENT CAPITAL SERVICES
P.O. BOX 288 GREENVILLE, SC 29603

0811935 3 013
ECAST SETTLEMENT CORP.
P.O. BOX 35480 NEWARK, NJ 07193-5480