United States Bankruptcy Court
District of Massachusetts

In re:                                                                    Case No. 08-11935-jnf
Robert L Jumper                                                           Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0101-1        User: admin              Page 1 of 2              Date Rcvd: Jul 01, 2013
                            Form ID: ntc13dsc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2013.
db            Robert L Jumper, Jr.,    15 Irving Street,    Winchester, MA  01890-1217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 03, 2013**                    **Signature:**  *Joseph Speetjens*

```
District/off: 0101-1          User: admin              Page 2 of 2              Date Rcvd: Jul 01, 2013
                              Form ID: ntc13dsc        Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 1, 2013 at the address(es) listed below:
              Carolyn  Bankowski-13    13trustee@ch13boston.com
              John  Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
              Terrence L. Parker    on behalf of Debtor Robert L Jumper, Jr. tparker612@aol.com
                                                                                        TOTAL: 3
```

Case 08-11935    Doc 30    Filed 07/03/13    Entered 07/04/13 01:25:42    Desc Imaged
Certificate of Notice    Page 2 of 3

**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Robert L Jumper<br>Debtor, | Chapter: 13<br>Case No: 08−11935<br>Judge Joan N. Feeney |

## NOTICE OF DISCHARGE REQUIREMENTS
**(Local Form 12)**

The debtor(s) is/are hereby advised that there are two prerequisites for obtaining a discharge in this Chapter 13 case.

1. The debtor must file a Motion for Entry of Discharge (Local Form 12) in accordance with Rule 13−22 in Appendix 1 of this Court's local rules.

2. The debtor must complete a U.S. Trustee−approved financial management course and file Official Form 23 certifying that the course was completed, or a certificate from the financial management course provider stating that the debtor completed the required course.

**(Note: If joint debtors, separate certificates must be filed.)**

The debtor must do both 1 and 2 above. If the debtor fails to file either the Motion for Entry of Discharge or to file proof of completion of the financial management course, the case will be closed without entry of the discharge.

Date:7/1/13                                                         By the Court,


                                                                    James M. Lynch
                                                                    Clerk, U.S. Bankruptcy Court


Please Note: Once a case is closed, a motion to reopen the case and a reopening fee are required.

29